AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By Michael J Allen at 4:35 pm, May 21, 2025

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Charles Lynwood Kline<br><br>*Defendant* | )<br>)<br>) Case No. 5:13CR00006-006<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Charles Lynwood Kline

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of terms and conditions of supervised release imposed by this Court on September 27, 2024..

Date: 5/21/2025

*Issuing officer's signature*

City and state:   Roanoke, VA          Thomas T. Cullen, USDJ

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*